UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re | Chapter 7

GENESIS BBQ USA, LLC, | Case No. 16-22639 (RDD)

Debtor.

-----------------------------------------------------------------x

HOWARD P. MAGALIFF, Chapter 7 Trustee of GENESIS BBQ USA, LLC, | Adv. Pro. No. 18-08257 (RDD)

Plaintiff,

v.

GENESIS CO., LTD., GENESIS BBQ CO., LTD.,
GENESIS BBQ GLOBAL CO., LTD,
BBDOTQ USA, INC., BBDOTQ LLC,
BBDOTQUSA KTOWN INC.,
BBDOTQ NYC KTOWN LLC,
HYUN WOOK JOO a/k/a HARRY JOO,
ABC CORPORATION 1-99 AND
JOHN DOE 1-99,

Defendants.

-----------------------------------------------------------------x

HOWARD P. MAGALIFF, Chapter 7 Trustee of GENESIS BBQ USA, LLC, | Adv. Pro. No. 17-08209 (RDD)

Plaintiff,

v.

NURI & MARU CORP., SOON BAL HONG,
IN WON KIM, and GENESIS NEW IRVINE 1, INC.,

Defendants.

-----------------------------------------------------------------x

-----------------------------------------------------------------x

HOWARD P. MAGALIFF, Chapter 7 Trustee of GENESIS BBQ USA, LLC,

Adv. Pro. No. 18-08247 (RDD)

Plaintiff,

v.

BCB CLIFFSIDE CORP. d/b/a BCB CLIFFSIDE PARK CORP. d/b/a BBQ CHICKEN & BEER d/b/a BBQ CHICKEN and MIAE KIM,

Defendants.

-----------------------------------------------------------------x

HOWARD P. MAGALIFF, Chapter 7 Trustee of GENESIS BBQ USA, LLC,

Adv. Pro. No. 18-08249 (RDD)

Plaintiff,

v.

YUWON, CORP. d/b/a BBQ CHICKEN,

Defendant.

-----------------------------------------------------------------x

HOWARD P. MAGALIFF, Chapter 7 Trustee of GENESIS BBQ USA, LLC,

Adv. Pro. No. 18-08250 (RDD)

Plaintiff,

v.

LEE & LIM, LLC d/b/a BBQ CHICKEN,

Defendant.

-----------------------------------------------------------------x

**ORDER (A) AUTHORIZING**

**ENTRY INTO AND APPROVING SETTLEMENT AGREEMENT, PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019, BETWEEN THE CHAPTER 7 TRUSTEE AND CERTAIN AFFILIATE AND FRANCHISEE DEFENDANTS AND (B)_GRANTING RELATED RELIEF**

Upon the motion, dated July 12, 2018 (the "**Motion**"), of Howard P. Magaliff, in his capacity as the Chapter 7 trustee (the "**Trustee**") of the Estate of GENESIS BBQ USA, LLC (the "**Debtor**"), by and through his attorneys Archer & Greiner, P.C., pursuant to Federal Rule of Bankruptcy Procedure 9019, seeking entry of an order authorizing entry into and approving the settlement agreement, a copy of which is annexed to the Motion as Exhibit A (the "**Settlement Agreement**"), by and among the Trustee, the Affiliate Defendants (as defined in the Motion) and the Franchisee Defendants (as defined in the Motion); and there being due and sufficient notice of the Motion; and there being no objections to the requested relief; and upon the record of the hearing held by the Court on the Motion on August 8, 2018; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157(a)-(b) and 1334(b) and the power under the U.S. Constitution to enter this final order, (ii) no additional notice or hearing is required under the circumstances, (iii) the Settlement Agreement was negotiated at arms' length and in good faith and is fair and equitable in light of the risks, cost and potential delay if the issues were instead to be litigated, as well as the costs and risk of collection, and (iv) the Settlement Agreement is in the best interests of the Debtor's estate, its creditors and other parties in interest and is supported by good business reasons in accordance with Bankruptcy Rule 9019; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; now, therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED pursuant to Fed. R. Bankr. P. 9019 as set forth herein.

2. The Trustee is authorized to enter into the Settlement Agreement.

3. The Settlement Agreement attached to the Motion is approved.

4. The Trustee is authorized to take the actions required by the Trustee under the Settlement Agreement.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order and the Settlement Agreement.

Dated: White Plains, New York
August 8, 2018

/s/Robert D. Drain
ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE