UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| GENESIS BBQ USA, LLC, | : | Case No. 16-22639 (RDD) |
| | : | |
| Debtor. | : | |

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT, AND GRANTING APPLICATIONS OF TRUSTEE AND PROFESSIONALS FOR ALLOWANCE AND PAYMENT OF FINAL COMMISSION AND COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the Final Report and Account (the "TFR") of Howard P. Magaliff, the Chapter 7 trustee, the Trustee's Application for Allowance of Final Commissions (the "Commission Application"), and the Applications of (1) Rich Michaelson Magaliff, LLP as counsel for the Trustee, (2) Andrew W. Plotzker, CPA, LLC as accountants for the Trustee, and (3) Archer & Greiner, P.C. as special litigation counsel for the Trustee, for allowance and payment of final compensation and reimbursement of expenses (together with the Commission Application, the "Applications"), under 11 U.S.C. §§ 326 and 330 for professional services rendered and expenses incurred during the chapter 7 case through January 29, 2019, filed on February 25, 2019 [ECF doc. 40]; and the Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR) having been filed on February 20, 2019 and duly served pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2), as evidenced by the filed Certificate of Service [ECF doc. 42]; and due consideration having been given to any responses thereto; and no objection having been filed; and upon the record of the hearing held by the Court on the TFR and the Applications on April 23, 2019; and sufficient cause having been shown therefor, it is hereby

**ORDERED**, that the TFR is settled and allowed; and it is further

**ORDERED**, that the Applications are granted to the extent set forth in Schedules A and B hereto; and it is further

**ORDERED** that the Trustee is directed to pay the commissions, fees and expenses allowed from the assets of the estate or as otherwise agreed between the Trustee and each of the professionals whose fees are allowed.

Dated: White Plains, New York
April 30, 2019

/s/Robert D. Drain
Robert D. Drain
United States Bankruptcy Judge