**Case No.: 16-22639 (RDD)**
**Case Name: Genesis BBQ USA, LLC**

## CURRENT INTERIM FEE PERIOD

**05/10/2016 - 01/29/2019**

**Schedule A**

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Howard P. Magaliff, Trustee | 02/15/2019, Doc. # 40-1 | $21,500.00 | $21,500.00 | $21,500.00 | $0.00 | $21,500.00 | $18.72 | $18.72 |
| Rich Michaelson Magaliff, LLP, Attorneys for Trustee | 02/15/2019, Doc. # 40-2 | $16,552.00 | $16,552.00 | $16,552.00 | $0.00 | $16,552.00 | $2,143.00 | $2,143.00 |
| Archer & Greiner, P.C., Special Litigation Counsel | 02/15/2019, Doc. # 40-3 | $99,925.00 | $99,925.00 | $99,925.00 | $0.00 | $99,925.00 | $416.45 | $416.45 |
| Andrew W. Plotzker, CPA, LLC, Accountants for Trustee | 02/15/2019, Doc. # 40-4 | $45,635.50 | $45,635.50 | $45,635.50 | $0.00 | $45,635.50 | $399.90 | $399.90 |



DATE ON WHICH ORDER WAS SIGNED: 4/30/2019

INITIALS: RDD USBJ