**Case No.: 16-22639 (RDD)**
**Case Name: Genesis BBQ USA, LLC**

# FINAL FEE APPLICATION TOTALS

**05/10/2016 - 01/29/2019**

**Schedule B**

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Howard P. Magaliff, Trustee | $21,500.00 | $21,500.00 | $18.72 | $18.72 |
| Rich Michaelson Magaliff, LLP, Attorneys for Trustee | $16,552.00 | $16,552.00 | $2,143.00 | $2,143.00 |
| Archer & Greiner, P.C., Special Litigation Counsel | $99,925.00 | $99,925.00 | $416.45 | $416.45 |
| Andrew W. Plotzker, CPA, LLC, Accountants for Trustee | $45,635.50 | $45,635.50 | $399.90 | $399.90 |



DATE ON WHICH ORDER WAS SIGNED: 4/30/2019

INITIALS: RDD USBJ