UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Genesis Bbq Usa, Llc | § | Case No. 16-22639-RDD |
| | § | |
| Debtor(s) | § | |
| | § | |

---

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Howard P. Magaliff, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00<br>(Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $174,559.43 | Claims Discharged<br>Without Payment: NA |
| Total Expenses of Administration: $190,440.57 | |

3) Total gross receipts of $365,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $365,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | $105,835.15 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | NA | $190,440.57 | $190,440.57 | $190,440.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | $1,117,315.70 | $274,627.81 | $274,627.81 | $174,559.43 |
| **TOTAL DISBURSEMENTS** | $1,223,150.85 | $465,068.38 | $465,068.38 | $365,000.00 |

4) This case was originally filed under chapter 7 on 05/10/2016. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.** The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated : 07/03/2019

By : /s/ Howard P. Magaliff
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Adversary Proceeding Case No. 18-08257 (RDD) v. Genesis Co., Ltd. et | 1241-000 | $365,000.00 |
| **TOTAL GROSS RECEIPTS** | | $365,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bridge Plaza Realty, LLC | | $6,219.07 | NA | NA | $0.00 |
| | Venture Hackensack, LLC | | $90,000.00 | NA | NA | $0.00 |
| | New Jersey Department of | | $9,616.08 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | $105,835.15 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Howard P. Magaliff | 2100-000 | NA | $21,500.00 | $21,500.00 | $21,500.00 |
| Rich Michaelson Magaliff, LLP | 3110-000 | NA | $16,552.00 | $16,552.00 | $16,552.00 |
| Clerk, United States Bankruptcy Court | 2700-000 | NA | $3,850.00 | $3,850.00 | $3,850.00 |
| Archer & Greiner P.C. | 3210-000 | NA | $99,925.00 | $99,925.00 | $99,925.00 |
| Andrew W. Plotzker, CPA, LLC | 3420-000 | NA | $399.90 | $399.90 | $399.90 |
| Rich Michaelson Magaliff, LLP | 3120-000 | NA | $2,143.00 | $2,143.00 | $2,143.00 |
| Archer & Greiner P.C. | 3220-000 | NA | $416.45 | $416.45 | $416.45 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Howard P. Magaliff | 2200-000 | NA | $18.72 | $18.72 | $18.72 |
| Andrew W. Plotzker, CPA, LLC | 3410-000 | NA | $45,635.50 | $45,635.50 | $45,635.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $190,440.57 | $190,440.57 | $190,440.57 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00002 | New Jersey Department of Labor | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00004 | Venture Hackensack, LLC | 7100-000 | NA | $89,003.07 | $89,003.07 | $56,596.85 |
| 00003 | Mayer Brown LLP | 7100-000 | NA | $185,505.15 | $185,505.15 | $117,962.58 |
| 00002A | New Jersey Department of Labor | 7300-000 | NA | $119.59 | $119.59 | $0.00 |
| 00001 | NYS Dept. of Labor State Office | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| | Chase Bank, NA | | $1,763.00 | NA | NA | $0.00 |
| | Joon Hee Park | | NA | NA | NA | $0.00 |
| | Kenneth Kim and Eun Ae Kim | | $92,993.00 | NA | NA | $0.00 |
| | Mayer Brown LLP | | $50,000.00 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mom & I Publishing Group Inc. | | $5,000.00 | NA | NA | $0.00 |
| | National Registered Agents | | $1,140.00 | NA | NA | $0.00 |
| | Regina DiRenzo Senior Workout | | $17,769.87 | NA | NA | $0.00 |
| | Sean Oh | | $765,000.00 | NA | NA | $0.00 |
| | SOSA Consulting Group | | $169,000.00 | NA | NA | $0.00 |
| | Sunghoon Kim and Shkim Corp | | NA | NA | NA | $0.00 |
| | Tae Ho Lee | | NA | NA | NA | $0.00 |
| | Time Warner Cable | | $14,649.83 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,117,315.70 | $274,627.81 | $274,627.81 | $174,559.43 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No: 16-22639** **Judge: Robert D. Drain** **Trustee Name: Howard P. Magaliff**
**Case Name: Genesis Bbq Usa, Llc** **Date Filed (f) or Converted (c): 05/10/2016 (f)**
**341(a) Meeting Date: 06/03/2016**
**For Period Ending: 07/03/2019** **Claims Bar Date: 04/13/2018**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Adversary Proceeding Case No. 18-08257 (RDD) v. Genesis Co., Ltd. et al. (u) | 0.00 | 365,000.00 | | 365,000.00 | FA |

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| **TOTALS (Excluding Unknown Values)** | 0.00 | 365,000.00 | | 365,000.00 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**1/8/18 - filed request for bar date**
**4/17/18 - A/R actions filed against franchisees**
**6/6/18 - agreed to global settlement of all litigation, subject to approval of S. Korean parent.**
**[Howard Magaliff 2018-01-08 22:21:25]**
**09.04.18: Deposit received for only asset in the case. HColon**
**10.24.18: Trustee completed claims review and is preparing TFR. HColon**
**11.5.18: Letter requesting statement of special charges filed. HColon**
**01.02.19: TFR and fee applications finalized. Waiting for government shutdown to be lifted to submit.**
**01.29.19: TFR and corresponding documents submitted to UST's office.**
**02.20.19: NFR filed and served; TFR hearing scheduled**
**for 04.23.19 at 10AM. HColon**
**05.01.19: Order signed & filed granting distribution today but not reflected on ECF. Printed checks on 05.02.19. HColon**



**Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No:** **16-22639** **Judge:** **Robert D. Drain** **Trustee Name:** **Howard P. Magaliff**
**Case Name:** **Genesis Bbq Usa, Llc** **Date Filed (f) or Converted (c):** **05/10/2016 (f)**
**341(a) Meeting Date:** **06/03/2016**
**For Period Ending:** **07/03/2019** **Claims Bar Date:** **04/13/2018**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 06/30/2017 **Current Projected Date of Final Report(TFR) :** 12/31/2018

**Trustee's Signature** /s/Howard P. Magaliff **Date:** 07/03/2019

Howard P. Magaliff
335 Madison Avenue
9th Floor
New York, NY 10017
Phone : (646) 453-7854

 **Exhibit 8**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 16-22639
**Case Name:** Genesis Bbq Usa, Llc
**Taxpayer ID No:** **-***8238
**For Period Ending:** 7/3/2019

**Trustee Name:** Howard P. Magaliff
**Bank Name:** Union Bank
**Account Number/CD#:** ******5080 Checking Account
**Blanket bond (per case limit):** 58,367,734.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | | | | | |



**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 16-22639
**Case Name:** Genesis Bbq Usa, Llc

**Taxpayer ID No:** **-***8238
**For Period Ending:** 7/3/2019

**Trustee Name:** Howard P. Magaliff
**Bank Name:** Texas Capital Bank
**Account Number/CD#:** ******2520 Checking Account
**Blanket bond (per case limit):** 58,367,734.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/04/2018 | [1] | Lee Anav Chung et al. | Settlement proceeds adv. pro. # 18-08257 | 1241-000 | 365,000.00 | | 365,000.00 |
| 05/02/2019 | 52001 | Howard P. Magaliff<br>335 Madison Avenue<br>9th Floor<br>New York , NY 10017 | | 2100-000 | | 21,500.00 | 343,500.00 |
| 05/02/2019 | 52002 | Howard P. Magaliff<br>335 Madison Avenue<br>9th Floor<br>New York , NY 10017 | Trustee Expenses | 2200-000 | | 18.72 | 343,481.28 |
| 05/02/2019 | 52003 | Clerk, United States Bankruptcy Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10611 | | 2700-000 | | 3,850.00 | 339,631.28 |
| 05/02/2019 | 52004 | Rich Michaelson Magaliff, LLP<br>335 Madison Avenue<br>9th Floor<br>New York, NY 10017 | | 3110-000 | | 16,552.00 | 323,079.28 |
| 05/02/2019 | 52005 | Rich Michaelson Magaliff, LLP<br>335 Madison Avenue, 9th Floor<br>New York, NY, 10017 | | 3120-000 | | 2,143.00 | 320,936.28 |
| 05/02/2019 | 52006 | Archer & Greiner P.C.<br>630 Third Avenue, 7th Floor<br>New York, NY 10017 | | 3210-000 | | 99,925.00 | 221,011.28 |
| | | | | Page Subtotals | 365,000.00 | 143,988.72 | |



**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 16-22639
**Case Name:** Genesis Bbq Usa, Llc
**Taxpayer ID No:** **-***8238
**For Period Ending:** 7/3/2019

**Trustee Name:** Howard P. Magaliff
**Bank Name:** Texas Capital Bank
**Account Number/CD#:** ******2520 Checking Account
**Blanket bond (per case limit):** 58,367,734.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/02/2019 | 52007 | Archer & Greiner P.C.<br>630 Third Avenue, 7th Floor<br>New York, NY 10017 | | 3220-000 | | 416.45 | 220,594.83 |
| 05/02/2019 | 52008 | Andrew W. Plotzker, CPA, LLC | | 3410-000 | | 45,635.50 | 174,959.33 |
| 05/02/2019 | 52009 | Andrew W. Plotzker, CPA, LLC | | 3420-000 | | 399.90 | 174,559.43 |
| 05/02/2019 | 52010 | Mayer Brown LLP<br>230 S La Salle St<br>Chicago, IL 60604 | Disb of 63.59% to Claim #00003 | 7100-000 | | 117,962.58 | 56,596.85 |
| 05/02/2019 | 52011 | Venture Hackensack, LLC Kenneth R. Traum, Esq.<br>90 Main St Ste 305<br>Hackensack, NJ 07601 | Disb of 63.59% to Claim #00004 | 7100-000 | | 56,596.85 | 0.00 |

| | Deposits($) | Disbursements($) |
|---|---|---|
| Page Subtotals | 0.00 | 221,011.28 |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 365,000.00 | 365,000.00 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 365,000.00 | 365,000.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 365,000.00 | 365,000.00 |



**Exhibit 9**

**FORM 2**



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Case No:** 16-22639
**Case Name:** Genesis Bbq Usa, Llc
**Taxpayer ID No:** **-***8238
**For Period Ending:** 7/3/2019

**Trustee Name:** Howard P. Magaliff
**Bank Name:** Texas Capital Bank
**Account Number/CD#:** ******2520 Checking Account
**Blanket bond (per case limit):** 58,367,734.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | |
|---|---|
| All Accounts Gross Receipts: | 365,000.00 |
| All Accounts Gross Disbursements: | 365,000.00 |
| All Accounts Net: | 0.00 |

| **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
|---|---|---|---|
| ******2520 Checking Account | 365,000.00 | 365,000.00 | |
| **Net Totals** | 365,000.00 | 365,000.00 | 0.00 |



**Exhibit 9**