**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Genesis BBQ USA, LLC

CASE NO.: 16−22639−rdd

Social Security/Taxpayer ID/Employer ID/Other Nos.:
26−3868238

CHAPTER: 7

---

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Howard P. Magaliff is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: August 21, 2019

Robert D. Drain, Bankruptcy Judge