# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−7 | User: | Date Created: 8/21/2019 |
| Case: 16−22639−rdd | Form ID: 149 | Total: 8 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| tr | Howard P. Magaliff | trustee@r3mlaw.com |
| aty | Eric T. Moser | emoser@r3mlaw.com |
| aty | Howard P. Magaliff | trustee@r3mlaw.com |
| aty | Jeffrey M. Traurig | jtraurig@archerlaw.com |
| aty | Linda Riffkin | linda.riffkin@usdoj.gov |
| aty | Robert S. Lewis | robert.lewlaw1@gmail.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Genesis BBQ USA, LLC | 53 Burd St | Nyack, NY 10960−3265 |

TOTAL: 1