**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Genesis BBQ USA, LLC | CASE NO.: 16−22639−rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 26−3868238 | CHAPTER: 7 |

---

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Howard P. Magaliff is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: August 21, 2019

                                                          Robert D. Drain, Bankruptcy Judge

United States Bankruptcy Court
Southern District of New York

In re:                                                                    Case No. 16-22639-rdd
Genesis BBQ USA, LLC                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-7 | User: | Page 1 of 1 | Date Rcvd: Aug 21, 2019
| | Form ID: 149 | Total Noticed: 1 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2019.
db        Genesis BBQ USA, LLC,   53 Burd St,   Nyack, NY 10960-3265

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2019 at the address(es) listed below:
      Donald F. Campbell, Jr.   on behalf of Defendant   Maximum Quality Foods, Inc. dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com
      Eric T. Moser   on behalf of Plaintiff Howard Magaliff emoser@r3mlaw.com
      Howard P. Magaliff   trustee@r3mlaw.com, hcolon@r3mlaw.com;hmagaliff@iq7technology.com
      Jeffrey M. Traurig   on behalf of Plaintiff   Howard P. Magaliff, as Chapter 7 Trustee of Genesis BBQ USA, LLC jtraurig@archerlaw.com, chansen@archerlaw.com;hbreakstone@archerlaw.com
      Linda Riffkin   on behalf of U.S. Trustee   United States Trustee linda.riffkin@usdoj.gov
      Michael D. Brofman   on behalf of Defendant   BCB Cliffside Corp. d/b/a BCB Cliffside Park Corp. d/b/a BBQ Chicken & Beer d/b/a BBQ Chicken mbrofman@weisszarett.com
      Michael M. Yi   on behalf of Defendant   BBDOTQ LLC michaelyi@lacwkrr.com, jefis@lacwkrr.com
      Robert S. Lewis   on behalf of Debtor   Genesis BBQ USA, LLC robert.lewlaw1@gmail.com, G4867@notify.cincompass.com
      United States Trustee   USTPRegion02.NYECF@USDOJ.GOV
      TOTAL: 9